UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>JEANETTE and THOMAS WILEY,<br><br>Debtors. | No. 12-40700<br><br>ORDER ON MOTION TO APPROVE ABANDONMENT OF PROPERTY |

THIS MATTER having come on before the Honorable Brian D. Lynch of the above entitled Court upon the Motion of the Trustee, it appearing that all interested parties have received notice and no objection to the Motion having been filed, or said objection having been incorporated into the terms of this order, now therefore

IT IS HEREBY ORDERED that the estate's interest in the property located at 2205 N Cobblefield St, Ellensburg, WA shall be and is hereby abandoned pursuant to 11 U.S.C. § 554 (a).

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee
C:\Shared\KAE\Dox\TRUSTEE\Wiley\Cobblefield_abandon_ord.wpd

**ORDER ON MOTION TO APPROVE ABANDONMENT OF PROPERTY - 1**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002