**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

| | |
|---|---|
| **ROUTH CRABTREE OLSEN, P.S.**<br>13555 SE 36TH ST., SUITE 300<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Brian D Lynch<br>Chapter 7<br>Hearing Location: Tacoma<br>Hearing Date: October 17, 2012<br>Hearing Time: 9:00 a.m.<br>Response Date: October 10, 2012 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE:<br><br>JEANETTE C WILEY AND<br>THOMAS C WILEY<br><br>Debtors. | **CHAPTER 7 BANKRUPTCY**<br><br>**NO.: 12-40700-BDL**<br><br>**AGREED ORDER FOR RELIEF FROM STAY AND TRUSTEE ABANDONMENT AS TO BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP** |

This matter came before the Court upon Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP's motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on

Agreed Order Granting Relief from Stay and Trustee Abandonment
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 12-40700-BDL    Doc 51    Filed 10/18/12    Ent. 10/18/12 13:46:12    Pg. 1 of 3

record. It appears for the reasons stated in the motion that the stay should be lifted and the property should be abandoned as to enforcement of the deed of trust that is the subject of Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP's motion and further as to the property located at 400 Washington Avenue, Unit #310, Bremerton, WA 98337 ("Property") and legally described as set forth in the Deed of Trust attached in the motion for relief.

IT IS THEREFORE ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP's motion.

/ / /

/ / /

/ / /

/ / /

Agreed Order Granting Relief from Stay and Trustee Abandonment
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 12-40700-BDL    Doc 51    Filed 10/18/12    Ent. 10/18/12 13:46:12    Pg. 2 of 3

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 554(a), the trustee shall abandon the real property located at 400 Washington Avenue, Unit #310, Bremerton, WA 98337. It is also ordered that the terms of the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief. It is further ordered that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented by:

/s/ Melissa Williams Romeo
Melissa Williams Romeo, WSBA# 40644
Attorneys for Creditor


Agreed and Approved;
Notice of Presentation Waived:


/s/ Desa Gese Conniff
Desa Gese Conniff, WSBA# 14779
Attorney for Debtors


/s/ Kathryn A. Ellis
Kathryn A. Ellis
Chapter 7 Trustee

Agreed Order Granting Relief from Stay and Trustee Abandonment
Page - 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 12-40700-BDL    Doc 51    Filed 10/18/12    Ent. 10/18/12 13:46:12    Pg. 3 of 3